THIRD DEPARTMENT, APRIL, 1955.

(April 1, 1955.)

■

INTER-COUNTY FARMERS COOPERATIVE ASSN., INC., Appellant, v. BENJAMIN COHEN, Trading under the Name of RECO FARMS, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

WESTINGHOUSE ELECTRIC SUPPLY Co., Respondent, v. M. A. LARCIPRETE, Appellant.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

ARNOLD J. KAISER, Appellant, v. MORRIS RACHMILOWITZ, Respondent.— We have considered the additional grounds for permission to appeal to the Court of Appeals urged upon reargument. Motion denied, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See ante, p. 924.]